# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-1888
Lower Tribunal No. 2019-CF-004232-A

_____

BERNARD PEW,

Appellant,
v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Osceola County.
Tanya Davis Wilson, Judge.

July 16, 2024

PER CURIAM.

AFFIRMED.

STARGEL and GANNAM, JJ., and LAMBERT, B.D., Associate Judge, concur.


Bernard Pew, Lake City, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED